UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>and<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendants*. | Civil Action No. 18-1725 (ABJ) |

**DEFENDANTS' STATUS REPORT**

By Minute Order dated June 14, 2019, in this Freedom of Information Act case, this Court ordered defendants to submit a status report by July 25, 2019. Defendants respectfully report the following status.

Defendant United States Immigration and Customs Enforcement ("ICE") previously produced 183 pages of responsive documents to plaintiff on or about August 31, 2018. ICE produced an additional 129 pages of responsive documents on or about October 18, 2018.

On February 8, 2019, ICE completed its third interim production and produced 452 pages of responsive documents to the Plaintiff.

On March 25, 2019, ICE completed its fourth interim production; after reviewing 521 pages of potentially responsive records, ICE produced 227 pages of responsive documents to Plaintiff. An additional 194 pages were sent to the Department of Justice for consultation. When this consultation has been completed, ICE will disclose all nonexempt information.

On April 30, 2019, ICE completed its fifth interim production; after reviewing 523 pages of potentially responsive records, ICE produced 380 pages of responsive documents to Plaintiff. An additional 77 pages were sent to the Department of Justice for consultation. When this consultation has been completed, ICE will disclose all nonexempt information.

On May 31, 2019, ICE processed the Department of Justice consultation from the March 2019 and April 2019 productions and 271 pages of responsive documents were produced to Plaintiff.

On June 7, 2019, ICE completed its sixth interim production; after reviewing 570 pages of potentially responsive records, ICE produced 457 pages of responsive documents to Plaintiff. An additional three pages were sent to the U.S. Department of Homeland Security for consultation. When this consultation has been completed, ICE will disclose all nonexempt information.

On June 24, 2019, ICE completed its seventh interim production; after reviewing 532 pages of potentially responsive records, ICE produced 138 pages of responsive documents to Plaintiff.

On July 5, 2019, ICE processed the Department of Justice consultation from the May 2019 productions and three pages of responsive documents were produced to Plaintiff.

In its Order dated December 4, 2018, the Court encouraged the parties to meet and confer in an effort to narrow the request or to prioritize production. The parties have done so and will continue to confer on narrowing and prioritizing the production, as previous conversations have been extremely productive. Defendant respectfully requests that it submit a further status report to the Court on or before September 6, 2019,[1] by which time one or more productions to Plaintiff

---

[1] Agency counsel will be out of the country from August 16-30, 2019, and thus defense counsel will have no ability to compile updated status information until after his return to the office.

will have been completed.  Plaintiff's counsel has indicated he does not oppose the requested September 6th date.

                                                 Respectfully submitted,

                                                 JESSIE K. LIU,
                                                 D.C. BAR # 472845
                                                 United States Attorney
                                                   for the District of Columbia

                                                 DANIEL F. VAN HORN
                                                 D.C. BAR # 924092
                                                 Chief, Civil Division

                                                 */s/ Marina Utgoff Braswell*
                                                 MARINA UTGOFF BRASWELL
                                                 D.C. Bar # 416587
                                                 Assistant United States Attorney
                                                 United States Attorney's Office
                                                 555 4th Street, N.W. – Civil Division
                                                 Washington, D.C. 20530
                                                 (202) 252-2561
                                                 Marina.Braswell@usdoj.gov