# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER, *Plaintiff*, v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *Defendants*. | Civil Action No. 18-1725 (ABJ) |

## DEFENDANTS' STATUS REPORT

By Minute Order dated October 30, 2019, in this Freedom of Information Act case, this Court ordered defendants to submit a status report by December 19, 2019. Defendants respectfully report the following status.

Defendant United States Immigration and Customs Enforcement ("ICE") previously produced 183 pages of responsive documents to plaintiff on or about August 31, 2018. ICE produced an additional 129 pages of responsive documents on or about October 18, 2018.

On February 8, 2019, ICE completed its third interim production and produced 452 pages of responsive documents to the Plaintiff.

On March 25, 2019, ICE completed its fourth interim production; after reviewing 521 pages of potentially responsive records, ICE produced 227 pages of responsive documents to Plaintiff. An additional 194 pages were sent to the Department of Justice for consultation. When this consultation has been completed, ICE will disclose all nonexempt information.

On April 30, 2019, ICE completed its fifth interim production; after reviewing 523 pages of potentially responsive records, ICE produced 380 pages of responsive documents to Plaintiff. An additional 77 pages were sent to the Department of Justice for consultation. When this consultation has been completed, ICE will disclose all nonexempt information.

On May 31, 2019, ICE processed the Department of Justice consultation from the March 2019 and April 2019 productions and 271 pages of responsive documents were produced to Plaintiff.

On June 7, 2019, ICE completed its sixth interim production; after reviewing 570 pages of potentially responsive records, ICE produced 457 pages of responsive documents to Plaintiff. An additional three pages were sent to the U.S. Department of Homeland Security for consultation. When this consultation has been completed, ICE will disclose all nonexempt information.

On June 24, 2019, ICE completed its seventh interim production; after reviewing 532 pages of potentially responsive records, ICE produced 138 pages of responsive documents to Plaintiff.

On July 5, 2019, ICE processed the Department of Justice consultation from the May 2019 productions and three pages of responsive documents were produced to Plaintiff.

On August 1, 2019, ICE completed its eighth interim production; after reviewing 605 pages of potentially responsive records, ICE produced 293 pages of responsive documents to Plaintiff. An additional 78 pages were sent to the Department of Justice for referral and 18 pages to the Department of Justice for consultation. When this consultation has been completed, ICE will disclose all nonexempt information.

On August 20, 2019, ICE completed its ninth interim production; after reviewing 547 pages of potentially responsive records, ICE produced 545 pages of responsive documents to

Plaintiff. Additionally, 29 pages were sent for consultation to the Department of Justice. When this consultation has been completed, ICE will disclose all nonexempt information.

On September 20, 2019, ICE completed its tenth interim production; after reviewing 566 pages of potentially responsive records, ICE produced 556 pages of responsive documents to Plaintiff. Additionally, 8 pages were sent for consultation to the Department of Justice. When this consultation has been completed, ICE will disclose all nonexempt information.

On October 21, 2019, ICE completed its eleventh interim production; after reviewing 531 pages of potentially responsive records, ICE produced 531 pages of responsive documents to Plaintiff.

On November 19, 2019, ICE completed its twelfth interim production; after reviewing 579 pages of potentially responsive records, ICE produced 576 pages of responsive documents to Plaintiff.

Defendant respectfully requests that it submit a further status report to the Court on or before February 20, 2020, by which time more productions to Plaintiff will have been completed.

Respectfully submitted,

JESSIE K. LIU,
D.C. BAR # 472845
United States Attorney
 for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office

555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov